IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERMAINE T. HOLMES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1533

Opinion filed July 14, 2014.

An appeal from the Circuit Court for Jackson County.
William L. Wright, Judge.

Jermaine T. Holmes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jay Kubica, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.